# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

**FILED**
11/03/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Cody Lee Clark 72333

v.

(Full name of defendant(s))

Daviess County Sherriff Department

Quality Correctional Care

Dr. Do, and Nurse Lori

Jail Commander Tommi Hamilton/Employees

Case Number:

3:23-cv-189-RLY-CSW

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
   (State)

   101 NE. 4th St. Washington, IN 47501
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
   (Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Under the ADA Amendment Act of 2008 Section 504. I cannot hear, therefore I have a disability. My 8th Amendment was violated due to diliberate indifference. When I got here, I put in multiple requests/ doctor visits and months later they had me see a Ear specialist. They recomended me to get hearing Aids, but the jail Commander Tommi Hamilton told me she will not give them to me.

My 1st and 6th Amendment was violated between the 1st of October and the 9th around 6:30am. Officer Julian gave my legal mail to another inmate located in a different Pod. Officer Davidsen advised him to give it to me and told him to retrieve the mail from the other inmate. Davidsen would be a witness.

Complaint - 2

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Have the jail investigated for diliberate indifference that way all inmates can have proper medical care. I am asking for a relief of 8.5 million because I have permanite hearing damage that might have been able to be prevented.

E.   JURY DEMAND

☒   Jury Demand – I want a jury to hear my case
     OR

☐   Court Trial – I want a judge to hear my case

Dated this __28__ day of __October__ 20__23__.

Respectfully Submitted,

_Cody Clark_
Signature of Plaintiff

__72333__
Plaintiff's Prisoner ID Number

__101 NE 4th St. Washington IN 47501__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Cody Clark_
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

**FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.