UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CODY LEE CLARK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:23-cv-00189-RLY-CSW |
| DAVIESS COUNTY SHERIFF DEPARTMENT, TOMMI HAMILTON, | ) ) ) ) |
| Defendants. | ) |

### FINAL JUDGMENT

The court now enters **final judgment**. This action is **dismissed** without prejudice for failure to prosecute.

Date: 5/14/2025

Kristine L. Seufert, Clerk of Court

By: *Tina M. Doyle*

Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CODY LEE CLARK
72333
Daviess County Security Center
101 N.E. 4th St.
Washington, In 47501

Haley Johnston
Frost Brown Todd LLP
hjohnston@fbtlaw.com

Annette Lindskog
Frost Brown Todd LLP
alindskog@fbtlaw.com

Grant E. Swartzentruber
SWARTZENTRUBER BROWN, ATTORNEYS AT LAW LLC
grant@swartzentruberlaw.com